STATE OF NEW JERSEY v. DAVID BROWN.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL SALLEY.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FERNANDO MORALES.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID WHEELER.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER TEMEAN.

November 18, 1985.

Petition for certification denied.